UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
DEC 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Jonathan Lee Riches©,
Plaintiff

CIVIL NO:
2:07CV2656 GEB DAD (PC)

V.

Katie COURIC, CBS EVENING NEWS,
Defendants

## complaint

FCI Williamsburg Spygate / Watching me to Boost Ratings / TRO

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, under 42 USC 1983 and a Restraining order Against Katie Couric and her film crew which consists of David Bloom, Peter Jennings, Daniel Pearl, Courtney Cox on FX "dirt", from coming to FCI Williamsburg to film me while I'm in Solitary confinement for a 60 minutes feature titled "Riches in Solitary" to boost sagging t.v. ratings for CBS. On Dec 1, 2007 Associate Warden Bobby Meeks at FCI Williamsburg came to my cell door in solitary confinement with Couric and her film crew. Couric stuck a camera in my window and started to film me in misery. The Proof is there. My Solitary cell is violating my Constitutional rights under the 8th amendment for cruel and unusual punishment. They filmed my cell with no windows to see outside, they filmed me in used Boxers, I had no pillow. I'm being served rotten food. I have no hot water, my cell has graffiti on the walls. Couric wants to show America my suffering. I only weigh 120 lbs at 5ft 10 inches. Couric contacted Girls gone Wild to start "Jon gone wild" videos. I have rat poop on my floor. I've been in federal prison for 5 years and never had my teeth cleaned by a dentist. They filmed me smiling with yellow teeth. This is invasion of privacy. The films are going to be sold to the Jewish Mossad. I seek 50 million.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted

Jonathan Lee Riches©

(PC)Riches v. Couric et al    Doc. 1