IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

    Plaintiff,                      2:07-cv-2656-GEB-DAD-P

    vs.

KATIE COURIC, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a federal prisoner in South Carolina, filed this civil rights action seeking relief under 42 U.S.C. § 1983.

        In his complaint, plaintiff named as defendants Katie Couric and the CBS Evening News. Plaintiff sought a restraining order prohibiting Katie Couric and her news crew from filming him in solitary confinement for a 60 Minutes feature. On December 18, 2007, the magistrate judge filed findings and recommendations, recommending dismissal of this action as frivolous. The magistrate judge found that plaintiff failed to show that the Eastern District of California was an appropriate venue for this action, see 28 U.S.C. § 1391 et. seq., or that his claim was cognizable, 28 U.S.C. § 1330 et. seq. On February 6, 2008, the undersigned adopted the findings and recommendations in full and dismissed this action.

1

| | |
|---|---|
| 1 | On January 13, 2009, plaintiff filed a frivolous motion for reconsideration, |
| 2 | alleging that the undersigned has a conflict of interest and should recuse himself from this case. |
| 3 | Plaintiff has not identified any legitimate conflict of interest or provided any valid reason for the |
| 4 | undersigned to recuse himself. Accordingly, plaintiff's motion will be denied. In addition, |
| 5 | plaintiff is advised that this civil rights action was closed on February 6, 2008. Any further |
| 6 | documents filed by plaintiff will be disregarded and no orders will issue in response to future |
| 7 | filings. |
| 8 | Accordingly, IT IS HEREBY ORDERED that plaintiff's January 13, 2009 motion |
| 9 | for reconsideration (Doc. No. 6) is denied. |

Dated: March 9, 2009

```
                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge
```